UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2024 JAN -5 AM 10: 10
CLERK
BY ___ /s/ __
DEPUTY CLERK

J. Milizia
_____
Plaintiff(s)

vs.

John Murad, Erin Bartle
Eliza Novick-Smith
_____
Defendant(s)

Civil Action No: 2:24-cv-021

## NOTICE OF PRO SE APPEARANCE

I, Jon Milizia, a Plaintiff/Defendant in the above captioned matter, hereby enter my appearance as a *pro se* party. I understand that I am responsible for notifying the court of any changes to my mailing address as well as any change in my status should I obtain representation by an attorney in the future.

All court papers may be mailed to me by first class mail at the address shown below. Pursuant to Fed.R.Civ.P. 5(d), I also understand that I am responsible for serving upon all parties who appear in this action a copy of every paper which I file and also provide the Court with a *Certificate of Service* which attests to this fact.

My Street Address is:
19 School St.
Burlington   VT   05401
Town/City    State   Zip Code

802 391 7440
Telephone Number (daytime)

My Mailing Address (if different from street address) is:
19 School St.
Burlington   VT   05401
Town/City    State   Zip Code

802 391 7440
Telephone Number (evening)

Date: 1/5/24

Signature: [signed]

(Rev. 3/12)