UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JONATHAN H. MILIZIA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:24-cv-21 |
| JON MURAD; ERIN BARTLE; ELIZA NOVICK-SMITH, | ) |
| Defendants. | ) |

### ENTRY ORDER REGARDING
### CURRENT MAILING ADDRESS AND UNSIGNED PLEADING
(Doc. 9)

A review of the docket in this case reveals the following:

1. On May 2, 2024, the court granted self-represented Plaintiff Jonathan H. Milizia's Application for Leave to Proceed *in Forma Pauperis* ("IFP"), however, his revised proposed Complaint was dismissed. Plaintiff was permitted to petition the court for leave to file an Amended Complaint by May 31, 2024. (Doc. 4 at 11.)

2. On May 22, 2024, the copy of the May 2, 2024 Entry Order sent to Plaintiff was returned as undeliverable. (Doc. 6.)

3. On May 30, 2024, Plaintiff received a copy of the May 2, 2024 Entry Order and a Notice of Change of Address form from the Clerk's Office.

4. On May 31, 2024, Plaintiff filed a motion for an extension of time to file an Amended Complaint. (Doc. 7.)

5. On June 6, 2024, the court granted Plaintiff an extension until June 21, 2024. (Dkt. Entry No. 8.)

6. On June 7, 2024, Plaintiff filed a proposed Amended Complaint, however, the pleading is not signed. (Doc. 9.)

7. No further filings have been received as of the date of this Order.

The Federal Rules of Civil Procedure require that "[e]very pleading . . . be signed . . . by a party personally if the party is unrepresented. . . . The court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . .

party's attention." Fed. R. Civ. P. 11(a). In addition, pursuant to this court's Local Rules, a party has an obligation to apprise the court of a current mailing address to which a court may mail orders and other notices. D. Vt. L.R. 11(c) ("An attorney or *pro se* party must notify the court of any change of address[.]").

Because Plaintiff has not provided the court with a current mailing address, the court cannot contact him regarding his unsigned pleading. A party, however, has an obligation to monitor a lawsuit in which he or she is involved, especially if the party has initiated the litigation. *See U.S. ex rel. McAllan v. City of New York*, 248 F.3d 48, 53 (2d Cir. 2001) ("[P]arties have an obligation to monitor the docket sheet to inform themselves of the entry of orders[.]").

Plaintiff is hereby ORDERED to provide the court with a current mailing address as required by Local Rule 11(c) and to correct the omission of his signature on his proposed Amended Complaint on or before July 12, 2024. If Plaintiff fails to respond to this Order, the proposed Amended Complaint shall be stricken and this case shall be dismissed.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 24th day of June, 2024.

Christina Reiss, District Judge
United States District Court